## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASARCO, LLC, | ) | |
| Plaintiff, | ) | 8:12CV416 |
| vs. | ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

The records of the court show that on December 5, 2012, the Office of the Clerk of Court sent a letter (Filing No. 38) to:

> William W. Pearson
> BRYAN, CAVE LAW FIRM - PHOENIX
> 2 North Central Avenue
> Suite 2200, 1 Renaissance Square
> Phoenix, AZ 85004-7000

The letter directed the attorney to register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System), within fifteen days.  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on March 11, 2013, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **March 21, 2013**, attorney William W. Pearson shall register or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in Mr. Pearson being removed as counsel of record for the defendant.

DATED this 12th day of March, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge