# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ASARCO, LLC, | |
| Plaintiff, | 8:12CV416 |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | ORDER |
| Defendant. | |

This matter comes before the court sua sponte.

The records of the court show that on July 30, 2012, the defendant filed its Motion to Transfer or Dismiss (Filing No. 14) from United States District Court for the District of Arizona to the District of Nebraska. The motion listed the defendant's attorneys of record, including an individual named William W. Pearson from the law offices of Bryan Cave, LLP, who signed the motion. On December 5, 2012, the Office of the Clerk of Court sent a letter (Filing No. 38) to Mr. Pearson directing that he register for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System) within fifteen days. **See** NEGenR 1.3(b) and NEGenR 1.7. As of the close of business on March 11, 2013, said attorney had not complied with the request set forth in the letter from the Office of the Clerk. On March 12, 2013, the court issued a show cause order requiring said attorney to register for the system or to file an affidavit explaining why he was unable to do so (Filing No. 72). The order warned Mr. Pearson that failure to comply with the order would result in his removal as counsel of record for the defendant. Mr. Pearson has not timely responded to the order. Accordingly,

**IT IS ORDERED** that, William W. Pearson is stricken as an attorney of record for the defendant and shall not be noticed of events in this case. Said attorney may apply to be readmitted as an attorney of record only after registering for admission to practice in this court and for the System.

Dated this 1st day of April, 2013.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge